NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., NITRONEX, LLC,**
*Plaintiffs-Appellees*

**v.**

**INFINEON TECHNOLOGIES AG,**
*Defendant*

**INFINEON TECHNOLOGIES AMERICAS CORPORATION,**
*Defendant-Appellant*

---

2017-1448

---

Appeal from the United States District Court for the Central District of California in No. 2:16-cv-02859-CAS-PLA, Judge Christina A. Snyder.

---

**O R D E R**

---

Before PROST, *Chief Judge,* WALLACH and STOLL, *Circuit Judges.*

PER CURIAM.

Upon consideration of the parties' February 5, 2018 response to this court's order to show cause,

IT IS ORDERED THAT:

The opinion issued under seal on January 29, 2018, is hereby unsealed.

FOR THE COURT

February 7, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court